IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD D. ANGLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-1054-SRW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND MOTION FOR EXTENSION TO FILE BRIEF

COMES NOW the Commissioner of Social Security, by Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a second extension of time within which to file his Brief. In support of this Motion, Defendant shows unto the Court the following:

1.    The Office of the General Counsel for the Social Security Administration (OGC) in Kansas City, which is responsible for preparing the briefs in these matters, has been diligently attempting to keep up with their various Social Security obligations. These obligations include preparing District Court briefs for eleven judicial districts and appellate briefs for ten districts in five circuits as well as handling discrimination complaints by employees and Social Security applicants, personnel actions for the Merit Systems Protection Board, bankruptcy matters, state and federal court subpoenas, federal tort claims act cases, disability class actions, and various formal and informal legal advice. The attorneys at the OGC in Kansas City are diligently attempting to cope with the workload that they face.

2.    Defendant's Brief is due to the Court on June 18, 2008.

**MOTION GRANTED**

THIS 18th DAY OF June , 20 08

_____
UNITED STATES MAGISTRATE JUDGE